FILE COPY

RE: Case No. 25-0048                    DATE: 2/18/2025
COA #: 15-24-00029                      TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. RANCE L. CRAFT
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                    DATE: 2/18/2025
COA #: 15-24-00029                      TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. LYNN E. SAARINEN
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC017)
AUSTIN, TX  787711-2548
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0048　　　　　　　　DATE: 2/18/2025
COA #: 15-24-00029　　　　　　　　　TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

　　　Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

　　　　　　　　　　MR. JEFFREY L. OLDHAM
　　　　　　　　　　BRACEWELL LLP
　　　　　　　　　　711 LOUISIANA STREET, SUITE 2300
　　　　　　　　　　HOUSTON, TX　77002-2770
　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                DATE: 2/18/2025
COA #: 15-24-00029                  TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas received and filed a
second motion for extension of time to file petition for
review pursuant to Rule 53.7(f) in the above numbered and
styled case.

MR. MATTHEW  NIELSEN
BRACEWELL LLP
1445 ROSS AVE STE 3800
DALLAS, TX  75202-2724
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0048                    DATE: 2/18/2025
    COA #: 15-24-00029                  TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                  CHRISTOPHER  PRINE
                  FIFTEENTH COURT OF APPEALS
                  P.O, BOX 12852
                  AUSTIN, TX  78711
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048　　　　　　　　DATE: 2/18/2025
COA #: 15-24-00029　　　　　　　　　TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

　　　Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


　　　　　　　　　　　　DISTRICT CLERK  DALLAS COUNTY
　　　　　　　　　　　　DALLAS COUNTY COURTHOUSE
　　　　　　　　　　　　GEORGE L. ALLEN, SR. COURTS BUILDING
　　　　　　　　　　　　600 COMMERCE, SUITE 103
　　　　　　　　　　　　DALLAS, TX  75202
　　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                     DATE: 2/18/2025
COA #: 15-24-00029                       TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. JANET MARIE SPUGNARDI
CITY ATTORNEY'S OFFICE
825 W. IRVING BLVD.
IRVING, TX  75060
* DELIVERED VIA E-MAIL *